[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 17, 2010
JOHN LEY
CLERK

No. 10-13018
Non-Argument Calendar

_____

D.C. Docket No. 4:10-cv-00078-BAE-GRS

GERALD CARMICHEAL CAMPBELL,

Plaintiff - Appellant

versus

E. M. SECURITY,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 17, 2010)

Before BLACK, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Gerald Campbell appeals the district court's dismissal of his employment

discrimination suit.  Campbell challenges the court's denial of his request for

appointed counsel. However, Campbell's request was moot because his Equal Employment Opportunity Commission complaint was untimely—well beyond the 180-day limit. Equitable tolling was inapplicable to this deadline because Campbell did not provide any reason for his late filing. See Zipes v. Trans World Airlines, Inc., 455 U.S. 385, 398 (1982). Thus, the court correctly dismissed his case and denied his request for counsel as moot.

**AFFIRMED.**